427 A.2d 1220

Commonwealth v. Stewart, Appellant.

Submitted December 8, 1978. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.*

Judgment of sentence affirmed.